1

2

3

4                          UNITED STATES DISTRICT COURT

5                         NORTHERN DISTRICT OF CALIFORNIA

6

7    DEBORAH HIRSH MITCHELL,                    Case No.  21-cv-02327-TLT

         Plaintiff,
8

9        v.                                     **ORDER TO SHOW CAUSE WHY
                                                PLAINTIFF SHOULD NOT BE
10   RICHARD TAYLOR,                            SANCTIONED FOR FAILING TO
                                                APPEAR**
         Defendant.
11

12

13         On October 28, 2022, Defendant-counterclaimant Richard Taylor filed a motion for

14   summary judgment on counts one and four and for partial summary judgment on counts two,

15   three, and five of Plaintiff-counter defendant Deborah Hirsch Mitchell's complaint.  ECF No. 67.

16   On the same day, Plaintiff filed a motion for partial summary judgment on count five of her

17   complaint.  ECF No. 68.  In both motions, the parties noticed their motions to be heard in person

18   on January 10, 2023.  *See* ECF Nos. 67-68.

19         Plaintiff's counsel failed to appear at the motions hearing without providing advance

20   notice.  The hearing date and time have been set since October 28, 2022.  As the docket and the

21   Court's Standing Order indicated, the hearing was held in person.  *See* Judge Thompson's Civil

22   Standing Order ¶ 4 ("All hearings and appearances will be held in Courtroom 9 on the 19th floor

23   of the United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.").

24         Accordingly, the Court **ORDERS** Plaintiff's counsel to show cause why the Court should

25   not impose sanctions for counsel's failure to appear at the hearing and comply with the Court's

26   Standing Order and why counsel did not notify the opposing party of their anticipated non-

27   appearance.  Counsel for the defendant is invited to submit their costs and attorney's fees for

28   today's appearance.

United States District Court
Northern District of California

1    By **January 24, 2023**, Plaintiff's counsel shall file a declaration under penalty of perjury

2  explaining their non-appearance or inability to have someone appear on their behalf.  An Order to

3  Show Cause hearing is set for **February 3, 2023,** at 9 a.m. in San Francisco, Courtroom 09, 19th

4  Floor, before Judge Trina L. Thompson.  Plaintiff's counsel must appear in person at the hearing.

5    Defendant's counsel may file a declaration of fees and costs incurred as a result of Plaintiff's

6  counsel's potentially sanctionable conduct by **January 17, 2023**.  Plaintiff's counsel may file a written

7  response to Defendant's counsel's declaration by **January 24, 2023**.

8    **IT IS SO ORDERED.**

9  Dated: January 10, 2023

10

11

12  TRINA L. THOMPSON
United States District Judge

13